**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: PERALES, RICHARD § Case No. 10-73022 | |
| PERALES, MICHELLE R § | |
| § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 15, 2010. The undersigned trustee was appointed on August 25, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        16,255.12

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 16,255.12 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

     6. The deadline for filing non-governmental claims in this case was 11/08/2010 and the deadline for filing governmental claims was 11/08/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,375.51. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $2,375.51, for a total compensation of $2,375.51.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/01/2011     By: /s/JAMES E. STEVENS
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-73022  
**Case Name:** PERALES, RICHARD  
PERALES, MICHELLE R  
**Period Ending:** 06/01/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/15/10 (f)  
**§341(a) Meeting Date:** 08/02/10  
**Claims Bar Date:** 11/08/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  Location: 520 W. Miller Ave, Hinckley | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 2  Mobile Home, Florida | 50,000.00 | 15,000.00 | DA | 15,000.00 | FA |
| 3  Checking account Resource Bank | 75.00 | 0.00 | DA | 0.00 | FA |
| 4  Checking account Fifth Third Bank | 9,350.00 | 0.00 | DA | 0.00 | FA |
| 5  Savings account Resource Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 6  Used Household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| 7  Used wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 8  Life Insurance Beneficiary - Michelle Perales | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 9  Life Insurance Beneficiary - Richard Perales | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 10  IRA | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11  IRA | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12  2008 Ford Expedition 37,000 miles (See Footnote) | 26,865.00 | 0.00 | DA | 1,254.24 | FA |
| 13  2006 Nissan Altima 87,000 miles | 7,020.00 | 0.00 | DA | 0.00 | FA |
| 14  Sunestra Chaparel boat   Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.88 | Unknown |
| 15  Assets  Totals (Excluding unknown values) | **$421,360.00** | **$15,000.00** | | **$16,255.12** | **$0.00** |

RE PROP# 12    repossessed automobile - overpayment after sale of same

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 30, 2011          **Current Projected Date Of Final Report (TFR):**   May 31, 2011  (Actual)

Printed: 06/01/2011 06:10 AM    V.12.56

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-73022 | | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| Case Name: | PERALES, RICHARD | | Bank Name: | The Bank of New York Mellon |
| | PERALES, MICHELLE R | | Account: | 9200-******19-65 - Money Market Account |
| Taxpayer ID #: | **-***1004 | | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 06/01/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/03/10 | {2} | Cashier's Check - drawn by Donald White for Perales | equity in mobile home Florida | 1110-000 | 15,000.00 | | 15,000.00 |
| 11/30/10 | {12} | Ford MOtor Credit Company | overpayment after repossession of motor vehicle | 1129-000 | 1,254.24 | | 16,254.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 16,254.35 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,254.48 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,254.61 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 16,254.73 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,254.86 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,254.99 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,255.12 |
| | | | ACCOUNT TOTALS | | 16,255.12 | 0.00 | $16,255.12 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 16,255.12 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $16,255.12 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # 9200-******19-65 | 16,255.12 | 0.00 | 16,255.12 |
| | $16,255.12 | $0.00 | $16,255.12 |

{} Asset reference(s)   Printed: 06/01/2011 06:10 AM   V.12.56

Printed: 06/01/11 06:11 AM

# Claims Distribution Register

Page: 1

## Case: 10-73022  PERALES, RICHARD

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 4 | 08/13/10 | 100 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121<br>&lt;4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>Claim No. 4 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 11,072.32 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7 | 08/20/10 | 100 | Roberto Perales<br>151 Garfield St.<br>Hinckley, IL 60520<br>&lt;4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>Claim No. 7 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankrutpcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | 10/06/10 | 100 | Ford Motor Credit Company LLC<br>P O Box 6275<br>Dearborn, MI 48121<br>&lt;4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>Claim No. 14 is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Code. | 30,733.51 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 | 10/07/10 | 100 | DeKalb County Treasurer<br>110 E. Sycamore Street<br>Sycamore, IL 60178<br>&lt;4700-07  Certain Real Property Tax Liens § 724(b)&gt;<br>claim No. 15 is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy estate. | 7,377.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19S | 11/01/10 | 100 | Resource Bank, N.A.<br>555 Bethany Road<br>DeKalb, IL 60115<br>&lt;4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>claim No. 19S is allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 bankruptcy estate. | 75,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20S | 06/15/10 | 100 | Percy C. Reed Trust<br>1529 Wadswort Road<br>Wheaton, IL 60189<br>&lt;4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>Claim No. 20S is hereby allowed as a secured claim but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 28,420.62 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | **$182,603.55** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | **Total for Secured Claims:** | **$182,603.55** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

Printed: 06/01/11 06:11 AM

# Claims Distribution Register

Page: 2

### Case: 10-73022    PERALES, RICHARD

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Admin Ch. 7 Claims:**

|  | 06/15/10 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,846.00 | 1,846.00 | 0.00 | 1,846.00 | 1,846.00 |
|  | 06/15/10 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00   Trustee Compensation> | 2,375.51 | 2,375.51 | 0.00 | 2,375.51 | 2,375.51 |
|  |  |  | **Total for Priority 200:    100% Paid** | **$4,221.51** | **$4,221.51** | **$0.00** | **$4,221.51** | **$4,221.51** |
|  |  |  | **Total for Admin Ch. 7 Claims:** | **$4,221.51** | **$4,221.51** | **$0.00** | **$4,221.51** | **$4,221.51** |

**Priority Claims:**

| 20P | 06/15/10 | 580 | Percy C. Reed Trust<br>1529 Wadsworth Road<br>Wheaton, IL 60189<br><5600-00   Deposits> | 2,600.00 | 2,600.00 | 0.00 | 2,600.00 | 2,600.00 |
|  |  |  | **Priority 580:    100% Paid** |  |  |  |  |  |

**Unsecured Claims:**

| 1 | 07/19/10 | 610 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094<br><7100-00   General Unsecured § 726(a)(2)> | 2,392.50 | 2,392.50 | 0.00 | 2,392.50 | 153.39 |
| 2 | 08/11/10 | 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 1,093.93 | 1,093.93 | 0.00 | 1,093.93 | 70.14 |
| 3 | 08/11/10 | 610 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 9,541.61 | 9,541.61 | 0.00 | 9,541.61 | 611.76 |
| 5 | 08/16/10 | 610 | DeKalb Clinic Chartered<br>Attn: Patient Accounts<br>1850 Gateway Drive<br>Sycamore, IL 60178-3192<br><7100-00   General Unsecured § 726(a)(2)> | 113.59 | 113.59 | 0.00 | 113.59 | 7.28 |

Printed: 06/01/11 06:11 AM             **Claims Distribution Register**                Page: 3

Case: 10-73022    PERALES, RICHARD

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 08/18/10 | 610 | US Auto Force - CFS-TRC<br>425 Better Way<br>Appleton, WI 54915-6192<br><7100-00   General Unsecured § 726(a)(2)> | 19,497.22 | 19,497.22 | 0.00 | 19,497.22 | 1,250.06 |
| 8 | 08/27/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)> | 16,712.40 | 16,712.40 | 0.00 | 16,712.40 | 1,071.51 |
| 9 | 08/27/10 | 610 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839<br><7100-00   General Unsecured § 726(a)(2)> | 17,892.27 | 17,892.27 | 0.00 | 17,892.27 | 1,147.16 |
| 10 | 09/02/10 | 610 | A Beep, LLC<br>452 N. Chicago St.<br>Joliet, IL 60432<br><7100-00   General Unsecured § 726(a)(2)> | 318.20 | 318.20 | 0.00 | 318.20 | 20.40 |
| 11 | 09/09/10 | 610 | Chicago Wheel Service, Inc.<br>855 Bonnie Lane<br>Elk Grove Village, IL 60007-6687<br><7100-00   General Unsecured § 726(a)(2)> | 325.00 | 325.00 | 0.00 | 325.00 | 20.84 |
| 12 | 09/14/10 | 610 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374<br><7100-00   General Unsecured § 726(a)(2)> | 1,212.11 | 1,212.11 | 0.00 | 1,212.11 | 77.71 |
| 13 | 09/16/10 | 610 | Schiebout Tire Co, Inc.<br>PO Box 407<br>Pella, IA 50219<br><7100-00   General Unsecured § 726(a)(2)> | 4,411.40 | 4,411.40 | 0.00 | 4,411.40 | 282.84 |
| 16 | 10/14/10 | 610 | The Goodyear Tire & Rubber Company<br>Law Department<br>1144 East Market Street<br>Akron, OH 44316<br><7100-00   General Unsecured § 726(a)(2)> | 35,422.10 | 35,422.10 | 0.00 | 35,422.10 | 2,271.07 |
| 17 | 10/14/10 | 610 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848<br><7100-00   General Unsecured § 726(a)(2)> | 161.50 | 161.50 | 0.00 | 161.50 | 10.35 |
| 18 | 10/20/10 | 610 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)> | 1,135.66 | 1,135.66 | 0.00 | 1,135.66 | 72.81 |

Printed: 06/01/11 06:11 AM

# Claims Distribution Register

Page: 4

### Case: 10-73022   PERALES, RICHARD

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 19U | 11/01/10 | 610 | Resource Bank, N.A.<br>555 Bethany Road<br>DeKalb, IL 60115<br><7100-00  General Unsecured § 726(a)(2)> | 36,907.16 | 36,907.16 | 0.00 | 36,907.16 | 2,366.29 |
| | | | **Total for Priority 610:   6.41146% Paid** | **$147,136.65** | **$147,136.65** | **$0.00** | **$147,136.65** | **$9,433.61** |
| | | | **Total for Unsecured Claims:** | **$147,136.65** | **$147,136.65** | **$0.00** | **$147,136.65** | **$9,433.61** |
| | | | **Total for Case :** | **$336,561.71** | **$153,958.16** | **$0.00** | **$153,958.16** | **$16,255.12** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 10-73022
Case Name: PERALES, RICHARD
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 16,255.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 11,072.32 | 0.00 | 0.00 | 0.00 |
| 7 | Roberto Perales | 30,000.00 | 0.00 | 0.00 | 0.00 |
| 14 | Ford Motor Credit Company LLC | 30,733.51 | 0.00 | 0.00 | 0.00 |
| 15 | DeKalb County Treasurer | 7,377.10 | 0.00 | 0.00 | 0.00 |
| 19S | Resource Bank, N.A. | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 20S | Percy C. Reed Trust | 28,420.62 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,255.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,375.51 | 0.00 | 2,375.51 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,846.00 | 0.00 | 1,846.00 |

Total to be paid for chapter 7 administration expenses: $ 4,221.51
Remaining balance: $ 12,033.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,033.61

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,600.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20P | Percy C. Reed Trust | 2,600.00 | 0.00 | 2,600.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 2,600.00 |
| Remaining balance: | $ 9,433.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,136.65 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | 2,392.50 | 0.00 | 153.39 |
| 2 | Discover Bank | 1,093.93 | 0.00 | 70.14 |
| 3 | Discover Bank | 9,541.61 | 0.00 | 611.76 |
| 5 | DeKalb Clinic Chartered | 113.59 | 0.00 | 7.28 |
| 6 | US Auto Force - CFS-TRC | 19,497.22 | 0.00 | 1,250.06 |
| 8 | Capital One Bank (USA), N.A. | 16,712.40 | 0.00 | 1,071.51 |
| 9 | Capital One Bank (USA), N.A. | 17,892.27 | 0.00 | 1,147.16 |
| 10 | A Beep, LLC | 318.20 | 0.00 | 20.40 |
| 11 | Chicago Wheel Service, Inc. | 325.00 | 0.00 | 20.84 |
| 12 | Chase Bank USA,N.A | 1,212.11 | 0.00 | 77.71 |
| 13 | Schiebout Tire Co, Inc. | 4,411.40 | 0.00 | 282.84 |
| 16 | The Goodyear Tire & Rubber Company | 35,422.10 | 0.00 | 2,271.07 |
| 17 | American Infosource Lp As Agent for | 161.50 | 0.00 | 10.35 |
| 18 | GE Money Bank | 1,135.66 | 0.00 | 72.81 |
| 19U | Resource Bank, N.A. | 36,907.16 | 0.00 | 2,366.29 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 9,433.61 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**