# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: PERALES, RICHARD | § Case No. 10-73022 |
| PERALES, MICHELLE R | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/20/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 06/01/2011    By: /s/JAMES E. STEVENS
                                                                                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PERALES, RICHARD | § | Case No. 10-73022 |
| PERALES, MICHELLE R | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,255.12 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 16,255.12 |
| **Balance on hand:** | **$ 16,255.12** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 11,072.32 | 0.00 | 0.00 | 0.00 |
| 7 | Roberto Perales | 30,000.00 | 0.00 | 0.00 | 0.00 |
| 14 | Ford Motor Credit Company LLC | 30,733.51 | 0.00 | 0.00 | 0.00 |
| 15 | DeKalb County Treasurer | 7,377.10 | 0.00 | 0.00 | 0.00 |
| 19S | Resource Bank, N.A. | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 20S | Percy C. Reed Trust | 28,420.62 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 16,255.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,375.51 | 0.00 | 2,375.51 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,846.00 | 0.00 | 1,846.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,221.51 |
| Remaining balance: | $ 12,033.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 12,033.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,600.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20P | Percy C. Reed Trust | 2,600.00 | 0.00 | 2,600.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 2,600.00 |
| Remaining balance: | $ 9,433.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,136.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | 2,392.50 | 0.00 | 153.39 |
| 2 | Discover Bank | 1,093.93 | 0.00 | 70.14 |
| 3 | Discover Bank | 9,541.61 | 0.00 | 611.76 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 5 | DeKalb Clinic Chartered | 113.59 | 0.00 | 7.28 |
| 6 | US Auto Force - CFS-TRC | 19,497.22 | 0.00 | 1,250.06 |
| 8 | Capital One Bank (USA), N.A. | 16,712.40 | 0.00 | 1,071.51 |
| 9 | Capital One Bank (USA), N.A. | 17,892.27 | 0.00 | 1,147.16 |
| 10 | A Beep, LLC | 318.20 | 0.00 | 20.40 |
| 11 | Chicago Wheel Service, Inc. | 325.00 | 0.00 | 20.84 |
| 12 | Chase Bank USA,N.A | 1,212.11 | 0.00 | 77.71 |
| 13 | Schiebout Tire Co, Inc. | 4,411.40 | 0.00 | 282.84 |
| 16 | The Goodyear Tire & Rubber Company | 35,422.10 | 0.00 | 2,271.07 |
| 17 | American Infosource Lp As Agent for | 161.50 | 0.00 | 10.35 |
| 18 | GE Money Bank | 1,135.66 | 0.00 | 72.81 |
| 19U | Resource Bank, N.A. | 36,907.16 | 0.00 | 2,366.29 |

Total to be paid for timely general unsecured claims:     $     9,433.61
Remaining balance:     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:     $     0.00
Remaining balance:     $     0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                             Case No. 10-73022-MB
Richard Perales
Michelle R Perales                                                 Chapter 7
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-3         User: lorsmith              Page 1 of 2            Date Rcvd: Jun 16, 2011
                             Form ID: pdf006             Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2011.
db/jdb       +Richard Perales,    Michelle R Perales,    520 W. Miller Ave,    Hinckley, IL 60520-9375
aty          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
15715956     +A Beep, LLC,    452 N. Chicago St.,    Joliet, IL 60432-1749
15715957     +Advanced Hunter Parts & Service,    PO Box 334,   Winnebago, IL 61088-0334
15715958      Aetna,   PO Box 44129,    Jacksonville, FL 32231-4129
15715959     +Alldata,    9650 W. Taron Dr., Ste 100,    Elk Grove, CA 95757-8197
15715960     +Aurora Pain Clinic,    1315 N. Highland Ave., Ste 105,    Aurora, IL 60506-1459
15715961      Bank of America,    PO Box 15220,   Wilmington, DE 19886-5220
15715963     +Ben Tire Dist. Ltd,    840 commerical Ave.,    Springfield, IL 62703-2103
15715964      Best Buy,    Retail Services,    P.O. Box 17298,   Wilmington, DE 19850-5521
15715966     +Brad Manning Ford, Inc.,    PO Box 428,   DeKalb, IL 60115-0428
15715967     +Brian Bemis Automotive Group Ltd,    1875 DeKalb Ave.,    Sycamore, IL 60178-3105
15715978     +CJ Goodall Tire Co., Inc.,    905 West Blvd.,    Belleville, IL 62221-4072
15715968      Capital One Bank,    P.O. box 6492,   Carol Stream, IL 60197-6492
16050834      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK 73124-8839
15715970     +Cardinal Fitness,    720 Foxpointe Dr.,    Sycamore, IL 60178-3221
15715972     +Carquest Auto Parts Stores,    PO Box 503628,    Saint Louis, MO 63150-3628
15715973      Carroll Tire Company,    PO Box 277612,   Atlanta, GA 30384-7612
15715974     +Cassidy Tire & Service,    200 South Church St.,    Addison, IL 60101-3748
15715975      Castle Orthopaedics Sports Me,    2111 Ogden Ave,    Aurora, IL 60504-7597
16129069     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15715976     +Chicago Wheel Service, Inc.,    855 Bonnie Lane,    Elk Grove Village, IL 60007-2224
15715977     +Cintas Corporation #355,    5100 26th Ave,    Rockford, IL 61109-1792
15715980     +Commercial Tire Service,    1105 N. 30th Ave.,    Melrose Park, IL 60160-3062
15715981      ConservFS,    97791 Eagle Way,    Chicago, IL 60678-1977
15715982      DeKalb Clinic Chartered,    Attn: Patient Accounts,    1850 Gateway Drive,
               Sycamore, IL 60178-3192
15715983     +DeKalb County Auto Parts,    607 East Lincoln Hwy.,    DeKalb, IL 60115-3807
15715984     +DeKalb County Treasurer,    110 E. Sycamore Street,    Sycamore, IL 60178-1448
15715985      DeKalb Implement Company,    8680 State Rt. 64,   Sycamore, IL 60178
15715986      DirecTV,    PO Box 60036,    Los Angeles, CA 90060-0036
15715989      Elburn Herald,    123 N. Main St.,    Elburn, IL 60119-9166
15715990     +Elk Distributing, Inc.,    57858 Charlotte Ave.,    Elkhart, IN 46517-1166
15715991      Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
15989737     +Ford Motor Credit Company LLC,    P O Box 6275,   Dearborn, MI 48121-6275
15715993     +Freeman Tire Corporation,    700 Gateway Dr.,    Bolingbrook, IL 60440-4401
15715994     +Frost Farms,    12492 Teman Road,    Hinckley, IL 60520-6170
15715995     +Good Year Tire & Rubber Co.,    PO Box 841244,    Dallas, TX 75284-1244
15715996     +Groves RV Resort,    16175 John Morris Road,    Fort Myers, FL 33908-3030
15715997     +Harder Helsley,    4960 28th Ave.,    Rockford, IL 61109-1717
15715998     +Intelligent Computing Solutions,    16256 Crego Road,   DeKalb, IL 60115-8852
15715999      Kishwaukee Community Hospital,    Payment Processing Center,    P.O. Box 739,
               Moline, IL 61266-0739
15716001     +Lovett’s Rite Way Rebuilders,    1837 East Lincoln Highway,    DeKalb, IL 60115-3958
15716002     +Marisa Perales,    520 W. Miller Ave,    Hinckley, IL 60520-9375
15716003     +Meier Brothers Tire Supply Inc.,    PO Box 236,   Ashkum, IL 60911-0236
15716004     +Mike Mooney Chevrolet/Cadillac,    204 N. 4th St.,    DeKalb, IL 60115-3306
15716005     +Moore Tires, Inc.,    2411 E. US Rt 30,    Rock Falls, IL 61071-3242
15716006      Myers Tire Supply,    24377 Network Place,    Chicago, IL 60673-1243
15716007      Nelson Enterprises, Inc.,    Once Broadcast Center,    Plano, IL 60545-2100
15716008     +Newton Manufacturing Co.,    1123 First Ave East,    PO Box 927,    Newton, IA 50208-0927
15716010     +Northern Leasing Systems, Inc.,    132 W. 31st St., 14th Floor,    New York, NY 10001-3405
15716011     +Percy C. Read Trust,    1529 Wadsworth Rd,    Wheaton, IL 60189-7439
15716014      Provena Mercy Medical Center,    PO Box 88001,    Chicago, IL 60680-1001
15716016     +Resource Bank, N.A.,    555 Bethany Road,    DeKalb, IL 60115-4941
15716019     +Rim Guard, Inc.,    1575 Gezon Parkway SW, Ste E,    Wyoming, MI 49509-9381
15716020     +Roberto Perales,    151 Garfield St.,    Hinckley, IL 60520-9788
15716021     +Rubber Inc,    2419 S. Michigan Ave,    Chicago, IL 60616-2301
15716022      Sam’s Club,    P.O. box 530970,    Atlanta, GA 30353-0970
15716023     +Schiebout Tire Co, Inc.,    PO Box 407,    Pella, IA 50219-0407
15716024     +T-Mobile,    P.O. Box 742596,    Cincinnati, OH 45274-2596
16273514     +The Goodyear Tire & Rubber Company,    Law Department,    1144 East Market Street,
               Akron OH 44316-0001
15716025     +Tri-State Towing Inc.,    1438 Pleasant St.,    DeKalb, IL 60115-2601
15716026      US Auto Force - CFS-TRC,    425 Better Way,    Appleton WI 54915-6192
15716027      Valley Pain Care Centers,    PO Box 1547,    Sedalia, MO 65302-1547
15864603     +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
15716030      Yellow Book West,    PO Box 660052,    Dallas, TX 75266-0052
```

```
District/off: 0752-3          User: lorsmith            Page 2 of 2               Date Rcvd: Jun 16, 2011
                              Form ID: pdf006          Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16275558      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 17 2011 00:02:14
              American Infosource Lp As Agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
              Oklahoma City, OK   73124-8848
15715971      E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 23:12:51       Care Credit/GEMB,    P.O. Box 960061,
              Orlando, FL 32896-0061
15715979      E-mail/Text: legalcollections@comed.com Jun 16 2011 22:56:35       ComEd,    Bill Payment Center,
              Chicago, IL 60668-0001
15715987      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 23:12:21       Discover,    PO Box 6103,
              Carol Stream, IL 60197-6103
15978539      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 16 2011 23:12:21       Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH   43054-3025
16300401      E-mail/PDF: gecsedi@recoverycorp.com Jun 16 2011 23:12:51       GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15716000      E-mail/PDF: cr-bankruptcy@kohls.com Jun 16 2011 23:13:03       Kohl's,    P.O. Box 2983,
              Milwaukee, WI 53201-2983
15716009      E-mail/Text: bankrup@nicor.com Jun 16 2011 22:55:44      Nicor Gax,    PO Box 2020,
              Aurora, IL 60507-2020
15716012      E-mail/Text: drossner@pompstire.com Jun 16 2011 22:57:25       Pomp's Tire Service,    PO Box 1630,
              Green Bay, WI 54305-1630
15716028      E-mail/PDF: bankruptcyverizoncom@afni.com Jun 17 2011 00:02:28       Verizon North,    PO Box 920041,
              Dallas, TX 75392-0041
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
15715962*     Bank of America,    PO Box 15220,   Wilmington, DE 19886-5220
15715965*     Best Buy,   Retail Services,    P.O. Box 17298,    Wilmington, DE 19850-5521
15715969*     Capital One Bank,    P.O. box 6492,   Carol Stream, IL 60197-6492
16129096*    +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
15715988*     Discover,   PO Box 6103,    Carol Stream, IL 60197-6103
15715992*     Ford Credit,    PO Box 790093,   Saint Louis, MO 63179-0093
15716015*     Provena Mercy Medical Center,    PO Box 88001,    Chicago, IL 60680-1001
15716017*    +Resource Bank, N.A.,    555 Bethany Road,   DeKalb, IL 60115-4941
15716018*    +Resource Bank, N.A.,    555 Bethany Road,   DeKalb, IL 60115-4941
15716029*     Verizon North,    PO Box 920041,   Dallas, TX 75392-0041
                                                                                 TOTALS: 0, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2011**                    **Signature:** _Joseph Speetjens_