## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-73022
Case Name: PERALES, RICHARD
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 16,255.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 11,072.32 | 0.00 | 0.00 | 0.00 |
| 7 | Roberto Perales | 30,000.00 | 0.00 | 0.00 | 0.00 |
| 14 | Ford Motor Credit Company LLC | 30,733.51 | 0.00 | 0.00 | 0.00 |
| 15 | DeKalb County Treasurer | 7,377.10 | 0.00 | 0.00 | 0.00 |
| 19S | Resource Bank, N.A. | 75,000.00 | 0.00 | 0.00 | 0.00 |
| 20S | Percy C. Reed Trust | 28,420.62 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,255.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 2,375.51 | 0.00 | 2,375.51 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,846.00 | 0.00 | 1,846.00 |

Total to be paid for chapter 7 administration expenses: $ 4,221.51
Remaining balance: $ 12,033.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,033.82

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above, as may be allowed by the Court, priority claims totaling $2,600.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 20P | Percy C. Reed Trust | 2,600.00 | 0.00 | 2,600.00 |

Total to be paid for priority claims: $ 2,600.00
Remaining balance: $ 9,433.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,136.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | 2,392.50 | 0.00 | 153.41 |
| 2 | Discover Bank | 1,093.93 | 0.00 | 70.15 |
| 3 | Discover Bank | 9,541.61 | 0.00 | 611.77 |
| 5 | DeKalb Clinic Chartered | 113.59 | 0.00 | 7.28 |
| 6 | US Auto Force - CFS-TRC | 19,497.22 | 0.00 | 1,250.08 |
| 8 | Capital One Bank (USA), N.A. | 16,712.40 | 0.00 | 1,071.53 |
| 9 | Capital One Bank (USA), N.A. | 17,892.27 | 0.00 | 1,147.18 |
| 10 | A Beep, LLC | 318.20 | 0.00 | 20.40 |
| 11 | Chicago Wheel Service, Inc. | 325.00 | 0.00 | 20.84 |
| 12 | Chase Bank USA, N.A | 1,212.11 | 0.00 | 77.72 |
| 13 | Schiebout Tire Co, Inc. | 4,411.40 | 0.00 | 282.84 |
| 16 | The Goodyear Tire & Rubber Company | 35,422.10 | 0.00 | 2,271.12 |
| 17 | American Infosource Lp As Agent for | 161.50 | 0.00 | 10.35 |
| 18 | GE Money Bank | 1,135.66 | 0.00 | 72.81 |
| 19U | Resource Bank, N.A. | 36,907.16 | 0.00 | 2,366.34 |

Total to be paid for timely general unsecured claims: $ 9,433.82
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**