# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: PERALES, RICHARD § | Case No. 10-73022 |
| PERALES, MICHELLE R § | |
| § | |
| Debtor(s) § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $421,360.00 *(without deducting any secured claims)* | Assets Exempt:  $12,500.00 |
| Total Distribution to Claimants: $12,033.82 | Claims Discharged Without Payment: $239,868.16 |
| Total Expenses of Administration: $4,221.51 | |

3) Total gross receipts of $   16,255.33   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $16,255.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $482,765.07 | $182,603.55 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,221.51 | 4,221.51 | 4,221.51 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,600.00 | 2,600.00 | 2,600.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 213,646.88 | 147,136.65 | 147,136.65 | 9,433.82 |
| **TOTAL DISBURSEMENTS** | $696,411.95 | $336,561.71 | $153,958.16 | $16,255.33 |

4) This case was originally filed under Chapter 7 on June 15, 2010. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/04/2011         By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mobile Home, Florida | 1110-000 | 15,000.00 |
| 2008 Ford Expedition 37,000 miles | 1129-000 | 1,254.24 |
| Interest Income | 1270-000 | 1.09 |
| **TOTAL GROSS RECEIPTS** | | **$16,255.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Ford Motor Credit Company LLC | 4210-000 | N/A | 11,072.32 | 0.00 | 0.00 |
| 7 | Roberto Perales | 4110-000 | N/A | 30,000.00 | 0.00 | 0.00 |
| 14 | Ford Motor Credit Company LLC | 4210-000 | N/A | 30,733.51 | 0.00 | 0.00 |
| 15 | DeKalb County Treasurer | 4700-070 | 8,139.82 | 7,377.10 | 0.00 | 0.00 |
| 19S | Resource Bank, N.A. | 4110-000 | 187,546.88 | 75,000.00 | 0.00 | 0.00 |
| 20S | Percy C. Reed Trust | 4110-000 | unknown | 28,420.62 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 243,011.02 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 4110-000 | 30,733.51 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 13,333.84 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 4110-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |
|---|---|---|---|
| TOTAL SECURED CLAIMS | $482,765.07 $182,603.55 | $0.00 | $0.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 2,375.51 | 2,375.51 | 2,375.51 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,846.00 | 1,846.00 | 1,846.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,221.51 | 4,221.51 | 4,221.51 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20P | Percy C. Reed Trust | 5600-000 | N/A | 2,600.00 | 2,600.00 | 2,600.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 2,600.00 | 2,600.00 | 2,600.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Yellow Book Sales & Distribution | 7100-000 | 807.01 | 2,392.50 | 2,392.50 | 153.41 |
| 2 | Discover Bank | 7100-000 | N/A | 1,093.93 | 1,093.93 | 70.15 |
| 3 | Discover Bank | 7100-000 | 8,313.64 | 9,541.61 | 9,541.61 | 611.77 |
| 5 | DeKalb Clinic Chartered | 7100-000 | 150.00 | 113.59 | 113.59 | 7.28 |
| 6 | US Auto Force - CFS-TRC | 7100-000 | 18,971.73 | 19,497.22 | 19,497.22 | 1,250.08 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 11,967.78 | 16,712.40 | 16,712.40 | 1,071.53 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 17,753.28 | 17,892.27 | 17,892.27 | 1,147.18 |
| 10 | A Beep, LLC | 7100-000 | 79.55 | 318.20 | 318.20 | 20.40 |
| 11 | Chicago Wheel Service, Inc. | 7100-000 | 555.00 | 325.00 | 325.00 | 20.84 |
| 12 | Chase Bank USA,N.A | 7100-000 | N/A | 1,212.11 | 1,212.11 | 77.72 |
| 13 | Schiebout Tire Co, Inc. | 7100-000 | 2,820.11 | 4,411.40 | 4,411.40 | 282.84 |
| 16 | The Goodyear Tire & Rubber Company | 7100-000 | N/A | 35,422.10 | 35,422.10 | 2,271.12 |
| 17 | American Infosource Lp As Agent for | 7100-000 | N/A | 161.50 | 161.50 | 10.35 |
| 18 | GE Money Bank | 7100-000 | N/A | 1,135.66 | 1,135.66 | 72.81 |
| 19U | Resource Bank, N.A. | 7100-000 | 50,063.45 | 36,907.16 | 36,907.16 | 2,366.34 |
| NOTFILED | Lovett's Rite Way Rebuilders | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Meier Brothers Tire Supply Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elburn Herald | 7100-000 | 228.00 | N/A | N/A | 0.00 |
| NOTFILED | Mike Mooney Chevrolet/Cadillac | 7100-000 | 295.13 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb Implement Company | 7100-000 | 117.00 | N/A | N/A | 0.00 |
| NOTFILED | DirecTV | 7100-000 | 41.99 | N/A | N/A | 0.00 |
| NOTFILED | DeKalb County Auto Parts | 7100-000 | 677.96 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 1,020.63 | N/A | N/A | 0.00 |
| NOTFILED | Harder Helsley | 7100-000 | 83.44 | N/A | N/A | 0.00 |
| NOTFILED | Groves RV Resort | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Intelligent Computing Solutions | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | Moore Tires, Inc. | 7100-000 | 4,170.87 | N/A | N/A | 0.00 |
| NOTFILED | Kishwaukee Community Hospital Payment Processing | 7100-000 | 1,160.67 | N/A | N/A | 0.00 |
| NOTFILED | Frost Farms | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Good Year Tire & Rubber Co. | 7100-000 | 35,608.34 | N/A | N/A | 0.00 |
| NOTFILED | Elk Distributing, Inc. | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon North | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rubber Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rim Guard, Inc. | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Sam's Club | 7100-000 | 2,686.68 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile | 7100-000 | 461.50 | N/A | N/A | 0.00 |
| NOTFILED | Valley Pain Care Centers | 7100-000 | 1,434.44 | N/A | N/A | 0.00 |
| NOTFILED | Tri-State Towing Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Provena Mercy Medical Center | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| NOTFILED | Pomp's Tire Service | 7100-000 | 1,474.97 | N/A | N/A | 0.00 |
| NOTFILED | Provena Mercy Medical Center | 7100-000 | 315.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Verizon North | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nelson Enterprises, Inc. Once Broadcast Center | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | ConservFS | 7100-000 | 485.16 | N/A | N/A | 0.00 |
| NOTFILED | Newton Manufacturing Co. | 7100-000 | 321.90 | N/A | N/A | 0.00 |
| NOTFILED | Northern Leasing Systems, Inc. | 7100-000 | 4,797.60 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gax | 7100-000 | 604.24 | N/A | N/A | 0.00 |
| NOTFILED | Myers Tire Supply | 7100-000 | 1,513.99 | N/A | N/A | 0.00 |
| NOTFILED | Carquest Auto Parts Stores | 7100-000 | 4,042.26 | N/A | N/A | 0.00 |
| NOTFILED | Advanced Hunter Parts & Service | 7100-000 | 1,168.89 | N/A | N/A | 0.00 |
| NOTFILED | Aetna | 7100-000 | 2,047.00 | N/A | N/A | 0.00 |
| NOTFILED | Alldata | 7100-000 | 141.67 | N/A | N/A | 0.00 |
| NOTFILED | Cassidy Tire & Service | 7100-000 | 1,230.56 | N/A | N/A | 0.00 |
| NOTFILED | Carroll Tire Company | 7100-000 | 6,536.31 | N/A | N/A | 0.00 |
| NOTFILED | Castle Orthopaedics Sports Me | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas Corporation #355 | 7100-000 | 331.08 | N/A | N/A | 0.00 |
| NOTFILED | ComEd Bill Payment Center | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CJ Goodall Tire Co., Inc. | 7100-000 | 312.00 | N/A | N/A | 0.00 |
| NOTFILED | Cardinal Fitness | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Care Credit/GEMB | 7100-000 | 1,095.67 | N/A | N/A | 0.00 |
| NOTFILED | Ben Tire Dist. Ltd | 7100-000 | 19,120.22 | N/A | N/A | 0.00 |
| NOTFILED | Aurora Pain Clinic | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Buy Retail Services | 7100-000 | 1,551.56 | N/A | N/A | 0.00 |
| NOTFILED | Best Buy Retail Services | 7100-000 | 1,223.91 | N/A | N/A | 0.00 |
| NOTFILED | Brian Bemis Automotive Group Ltd | 7100-000 | 327.23 | N/A | N/A | 0.00 |
| NOTFILED | Brad Manning Ford, Inc. | 7100-000 | 859.46 | N/A | N/A | 0.00 |
| NOTFILED | Commercial Tire Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 213,646.88 | 147,136.65 | 147,136.65 | 9,433.82 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-73022  
**Case Name:** PERALES, RICHARD  
                PERALES, MICHELLE R  
**Period Ending:** 10/04/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 06/15/10 (f)  
**§341(a) Meeting Date:** 08/02/10  
**Claims Bar Date:** 11/08/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 520 W. Miller Ave, Hinckley | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Mobile Home, Florida | 50,000.00 | 15,000.00 | DA | 15,000.00 | FA |
| 3 | Checking account Resource Bank | 75.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account Fifth Third Bank | 9,350.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account Resource Bank | 50.00 | 0.00 | DA | 0.00 | FA |
| 6 | Used Household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Used wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Life Insurance Beneficiary - Michelle Perales | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Life Insurance Beneficiary - Richard Perales | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2008 Ford Expedition 37,000 miles (See Footnote) | 26,865.00 | 0.00 | DA | 1,254.24 | FA |
| 13 | 2006 Nissan Altima 87,000 miles | 7,020.00 | 0.00 | DA | 0.00 | FA |
| 14 | Sunestra Chaparel boat<br>   Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.09 | FA |
| 15 | Assets   Totals (Excluding unknown values) | **$421,360.00** | **$15,000.00** | | **$16,255.33** | **$0.00** |

RE PROP# 12    repossessed automobile - overpayment after sale of same

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 30, 2011         **Current Projected Date Of Final Report (TFR):**   May 31, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-73022  
**Case Name:** PERALES, RICHARD  
PERALES, MICHELLE R  
**Taxpayer ID #:** \*\*-\*\*\*1004  
**Period Ending:** 10/04/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*19-65 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/10 | {2} | Cashier's Check - drawn by Donald White for Perales | equity in mobile home Florida | 1110-000 | 15,000.00 | | 15,000.00 |
| 11/30/10 | {12} | Ford MOtor Credit Company | overpayment after repossession of motor vehicle | 1129-000 | 1,254.24 | | 16,254.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 16,254.35 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,254.48 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,254.61 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 16,254.73 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,254.86 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,254.99 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,255.12 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 | | 16,255.25 |
| 07/20/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.08 | | 16,255.33 |
| 07/20/11 | | To Account #9200\*\*\*\*\*\*1966 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | | 16,255.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 16,255.33 | 16,255.33 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 16,255.33 | |
| | | | **Subtotal** | | 16,255.33 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,255.33** | **$0.00** | |

{} Asset reference(s)

Printed: 10/04/2011 07:06 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-73022  
**Case Name:** PERALES, RICHARD  
PERALES, MICHELLE R  
**Taxpayer ID #:** **-***1004  
**Period Ending:** 10/04/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/11 | | From Account #9200******1965 | TRANSFER TO CLOSE MONEY MARKET ACCOUNT | 9999-000 | 16,255.33 | | 16,255.33 |
| 07/20/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,846.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,846.00 | 14,409.33 |
| 07/20/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $2,375.51, Trustee Compensation; Reference: | 2100-000 | | 2,375.51 | 12,033.82 |
| 07/20/11 | 103 | Percy C. Reed Trust | Dividend paid 100.00% on $2,600.00; Claim# 20P; Filed: $2,600.00; Reference: | 5600-000 | | 2,600.00 | 9,433.82 |
| 07/20/11 | 104 | Yellow Book Sales & Distribution | Dividend paid 6.41% on $2,392.50; Claim# 1; Filed: $2,392.50; Reference: | 7100-000 | | 153.41 | 9,280.41 |
| 07/20/11 | 105 | DeKalb Clinic Chartered | Dividend paid 6.41% on $113.59; Claim# 5; Filed: $113.59; Reference: | 7100-000 | | 7.28 | 9,273.13 |
| 07/20/11 | 106 | US Auto Force - CFS-TRC | Dividend paid 6.41% on $19,497.22; Claim# 6; Filed: $19,497.22; Reference: | 7100-000 | | 1,250.08 | 8,023.05 |
| 07/20/11 | 107 | A Beep, LLC | Dividend paid 6.41% on $318.20; Claim# 10; Filed: $318.20; Reference: | 7100-000 | | 20.40 | 8,002.65 |
| 07/20/11 | 108 | Chicago Wheel Service, Inc. | Dividend paid 6.41% on $325.00; Claim# 11; Filed: $325.00; Reference: | 7100-000 | | 20.84 | 7,981.81 |
| 07/20/11 | 109 | Chase Bank USA,N.A | Dividend paid 6.41% on $1,212.11; Claim# 12; Filed: $1,212.11; Reference: | 7100-000 | | 77.72 | 7,904.09 |
| 07/20/11 | 110 | Schiebout Tire Co, Inc. | Dividend paid 6.41% on $4,411.40; Claim# 13; Filed: $4,411.40; Reference: | 7100-000 | | 282.84 | 7,621.25 |
| 07/20/11 | 111 | The Goodyear Tire & Rubber Company | Dividend paid 6.41% on $35,422.10; Claim# 16; Filed: $35,422.10; Reference: | 7100-000 | | 2,271.12 | 5,350.13 |
| 07/20/11 | 112 | American Infosource Lp As Agent for | Dividend paid 6.41% on $161.50; Claim# 17; Filed: $161.50; Reference: | 7100-000 | | 10.35 | 5,339.78 |
| 07/20/11 | 113 | GE Money Bank | Dividend paid 6.41% on $1,135.66; Claim# 18; Filed: $1,135.66; Reference: | 7100-000 | | 72.81 | 5,266.97 |
| 07/20/11 | 114 | Resource Bank, N.A. | Dividend paid 6.41% on $36,907.16; Claim# 19U; Filed: $36,907.16; Reference: | 7100-000 | | 2,366.34 | 2,900.63 |
| 07/20/11 | 115 | Capital One Bank (USA), N.A. | Combined Check for Claims#8,9 | | | 2,218.71 | 681.92 |
| | | | Dividend paid 6.41% on $16,712.40; Claim# 8; Filed: $16,712.40 | 7100-000 | 1,071.53 | | 681.92 |
| | | | Dividend paid 6.41% on $17,892.27; Claim# 9; Filed: $17,892.27 | 7100-000 | 1,147.18 | | 681.92 |
| 07/20/11 | 116 | Discover Bank | Combined Check for Claims#2,3 | | | 681.92 | 0.00 |
| | | | Dividend paid 6.41% on | 7100-000 | 70.15 | | 0.00 |

Subtotals: $16,255.33   $16,255.33

{} Asset reference(s)

Printed: 10/04/2011 07:06 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 10-73022  
**Case Name:** PERALES, RICHARD  
PERALES, MICHELLE R  
**Taxpayer ID #:** **-***1004  
**Period Ending:** 10/04/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-66 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | $1,093.93; Claim# 2;<br>Filed: $1,093.93 | | | | |
| | | | Dividend paid 6.41% on 611.77<br>$9,541.61; Claim# 3;<br>Filed: $9,541.61 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 16,255.33 | 16,255.33 | $0.00 |
| | | | Less: Bank Transfers | | 16,255.33 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **16,255.33** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$16,255.33** | |

{} Asset reference(s)

Printed: 10/04/2011 07:06 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 10-73022  
**Case Name:** PERALES, RICHARD  
PERALES, MICHELLE R  
**Taxpayer ID #:** **-***1004  
**Period Ending:** 10/04/11  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******19-67 - Money Market Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******19-65** | 16,255.33 | 0.00 | 0.00 |
| **Checking # 9200-******19-66** | 0.00 | 16,255.33 | 0.00 |
| **MMA # 9200-******19-67** | 0.00 | 0.00 | 0.00 |
| | $16,255.33 | $16,255.33 | $0.00 |

{} Asset reference(s)   Printed: 10/04/2011 07:06 AM   V.12.57